**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

11-13124

| | | |
|---|---|---|
| DEBTOR: **Ricardo Geng** | JOINT DEBTOR: | CASE NO.: |
| Last Four Digits of SS# **xxx-xx-9488** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **480.83** for months **1** to **60** ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0.00** TOTAL PAID $ **0.00**
Balance Due $ **2,500.00** payable $ **208.33** /month (Months **1** to **20** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Miami Dade Tax Collection**
   Address:
   Account No: **Account No: 2009 Property Taxers**
   Arrearage on Petition Date $ **0.00**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   **83.40** (Months **1** to **20** )
   Regular Payment $ **208.40** /month (Months **21** to **60** )

2. **Miami Dade Tax Collection**
   Address: **140 W Flagler St; Miami, FL 33130**
   Account No: **30-3031-041-0270**
   Arrearage on Petition Date $ **0.00**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Regular Payment $ **208.68** /month (Months **1** to **60** )

3. **Wachovia**
   Address: **200 South Biscayne Blvd 2nd floor; Miami, FL 33131**
   Account No:
   Arrearage on Petition Date $ **0.00**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Regular Payment $ **0.00** /month (Months **60** to **60** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-** Total Due $ _____
Payable $ _____ /month (Months __ to __ ) Regular Payment $ _____

Unsecured Creditors: Pay $ **20.04** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Chase: Debtor intends to avoid lien.**
**Dolfin Park of Doral: Debtor will pay claim directly at 0.00 per month.**
**Onewest Bank f/k/a IndyMac: Debtor will pay claim directly at 4,673.44 per month.**
**Blue Lagoon Condo Assoc: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.**
**Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

LF-31 (rev. 01/08/10)

**Cite Condominium Assocation:** Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.
**Countrywide:** Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.
**Gmac Mortgage:** Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.
**Suntrust:** Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.
**Wachovia:** Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.
**Wachovia:** Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.

11-13124

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Ricardo Geng**
**Ricardo Geng**
Debtor

Date:   **February  4, 2011**